Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYCLONE USA, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LL&C DEALER SERVICES, LLC, a California corporation, SEI KIM, an Individual, et al.,<br><br>    Defendants. | Case No. 03-cv-0992 AJW<br><br>**FINAL JUDGMENT**<br><br>**Fed. R. Civ. P. 58** |
| And Related Counterclaims and Third-Party Complaint. | |

    After a full trial on the merits, on November 8, 2007, this Court rendered its Memorandum of Decision. After hearing certain post-trial matters, on October 28, 2009, the Court made further awards. Now, after consideration of the offset issues raised in Sei Kim's Motion for Offset this Court issues its Final Judgment in this case.

**FINAL JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the sum of $1,048,976 be awarded in favor of Tornado Air Management Systems, Inc. (formerly known as Cyclone USA, Inc.) and against Sei Kim. This Order constitutes final judgment under Rule 58 of the Federal Rules of Civil Procedure.

Date: March 31, 2010      _____/s_____
                          Hon. Andrew J. Wistrich
                          U.S. Magistrate Judge