IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYCLONE USA, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>LL&C DEALER SERVICES, LLC, a California corporation; KOREAN INDUSTRIAL DESIGN CORPORATION, a Korean corporation; SEI KIM, an individual; and COFBEL CORPORATION, a California corporation,<br><br>Defendants.<br><br>And Related Counterclaims and Third-Party Complaint | Case No. CV 03-0992-AJW<br><br>**FINAL JUDGMENT**<br><br>**Fed. R. Civ. P. 58** |

After a full trial on the merits on November 8, 2007, this Court found Tornado Air Management System, Inc. (formerly known as Cyclone USA, Inc.) (hereinafter "Cyclone") liable for Sei Kim's false patent marking claim pursuant to 35 U.S.C. § 292(a).  On March 31, 2010, this Court entered a final judgment in this action awarding Cyclone damages against Sei Kim in the amount of $1,048,976.

Sei Kim appealed the amount in damages awarded to the Ninth Circuit Court of Appeals which remanded the case for a calculation of Cyclone's liabilities for Sei Kim's competitive injury under the newly amended 35 U.S.C. § 292(b) on January 6, 2012.  Currently pending before this Court is Sei Kim's motion

1 requesting certain damages to compensate for its competitive injury resulting from Cyclone's false patent marking violation.

The parties have now entered into a settlement agreement and submitted a joint stipulation for final judgment to fully and finally resolve this action. The parties have stipulated that a judgment may be entered in the amount of $4,000,000 for Sei Kim's competitive injury resulting from Cyclone's 82,500 falsely marked Tornado III devices under 35 U.S.C. § 292(b). The parties have further stipulated that such amount should be offset by the $1,048,976 previously awarded in favor of Cyclone against Sei Kim. The parties have stipulated that a final judgment should be entered in favor of Sei Kim against Cyclone in the amount of $2,951,024.

THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that:

1. The sum of $4,000,000 be awarded in favor of Sei Kim against Cyclone for Sei Kim's competitive injury resulting from Cyclone's 82,500 falsely marked Tornado III devices under 35 U.S.C. § 292(b).

2. The judgment in favor of Sei Kim is hereby offset by the $1,048,976 previously awarded in favor of Cyclone against Sei Kim.

3. That a final judgment in the amount of $2,951,024 be awarded in favor of Sei Kim against Cyclone. This Order constitutes final judgment under Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: ____9/24/12_____    _____
                                  Honorable Andrew J. Wistrich
                                  U.S. Magistrate Judge